IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case: No. 1:19-CR-00170 |
| v. | ) | |
| | ) | |
| ERIC HARTLEY, | ) | |

Defendant.

## SUPPLEMENTAL EXHIBIT

PLEASE TAKE NOTICE, the Defendant, by Counsel, and respectfully submits the following document as an exhibit for his supplement on his position on sentencing:

Letter of Support from Pastor Dennis A. Dew

Respectfully submitted,
ERIC HARTLEY
By Counsel

_____//s//_____
Miriam Airington-Fisher, VSB 78260
Airington, Stone & Rockecharlie PLLC
530 E. Main Street Suite 200
Richmond, Virginia 23219
Telephone: (804) 774-7117
Facsimile: (804) 774-7128
mairington@airingtonlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2019, I filed the foregoing with the Clerk of Court using the CM/ECG system, which will send notification of such filing (NEF) to all counsel of record

                              _____//s//_____
                              Miriam Airington-Fisher

Word Ministry of La Plata, Inc.
"Serving the Body of Christ"

September 25, 2019

The Honorable Judge Liam O'Grady
U. S. District Court
Federal Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge O'Grady,

My name is Dennis Dew, Volunteer Clergy, at the Alexandria Detention Center.

I have had the privilege and pleasure, as a volunteer clergy, at the Alexandria Detention Center to provide numerous hours of biblical counseling and bible study to Mr. Eric Hartley, during his incarceration.

Mr. Hartley has faithfully attended the weekly Bible Study sessions held in his Unit, during his time at the Detention Center. The Study and counseling sessions are designed to assist inmates in applying biblical principles for daily living and preparing them for re-entry into the community as viable and productive citizens. Mr. Hartley has been very engaged in the studies and has exhibited through his attitude and demeanor that the biblical principles that has been shared with him have given him a change of heart and mindset. Mr. Hartley has come to realize there is a better way of life and pursuit of happiness, through practical application of the biblical principles. I have been impressed with Mr. Hartley's responses and biblical insight, during our Bible Study time and observed his positive interaction with his fellow inmates during study sessions. Mr. Hartley has shown that he not only hear what is being taught but is committed to practicing the positive life changing principles. Mr. Hartley has exhibited godly sorrow for the wrong he has done and upon completion of his sentence, he is desirous of returning back to his family and the community as a positive influence.

1

I stand ready to continue to minister to Mr. Hartley as he serves out his time and upon his release back into society.

Your consideration of justice mingled with mercy, will be greatly appreciated.

Respectfully submitted,


Dennis A. Dew, Pastor
Volunteer Clergy
Alexandria Detention Center