**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case: No. 1:19-CR-00170** |
| **v.** | ) | |
| | ) | |
| **ERIC HARTLEY,** | ) | |
| **Defendant.** | | |

## SUPPLEMENTAL EXHIBITS

PLEASE TAKE NOTICE, the Defendant, by Counsel, respectfully submits the following documents as exhibits to supplement his position on sentencing:

1. GED Letter by Krista M. Sofonia;

2. Expert Report on Review Defendant's Cell Phone Extraction Report by Dr. Larry Daniel ;

3. Expert Curriculum Vitae of Dr. Larry Daniel

Respectfully submitted,
ERIC HARTLEY
By Counsel

_____//s//_____
Miriam Airington-Fisher, VSB 78260
Airington, Stone & Rockecharlie PLLC
530 E. Main Street Suite 200
Richmond, Virginia 23219
Telephone: (804) 774-7117
Facsimile: (804) 774-7128

mairington@airingtonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I filed the foregoing with the Clerk of Court by using the CM/ECG system, which will send notification of such filing (NEF) to all counsel of record.

_____//s//_____
Miriam Airington-Fisher



**Alexandria City Public Schools**

1340 Braddock Place
Alexandria, Virginia 22314

Telephone: 703-619-8000
TTY: 711 (Virginia Relay)
www.acps.k12.va.us

 @ACPSk12
facebook.com/ACPSk12

**Superintendent**
Dr. Gregory C. Hutchings, Jr.

**School Board**

**Chair**
Ramee A. Gentry

**Vice Chair**
Cindy Anderson

**Members**
Ronnie Campbell
William E. Campbell
Hal E. Cardwell
Karen A. Graf
Christopher J. Lewis
Margaret Lorber
Veronica Nolan

William G. Truesdale Adult Detention Center
2001 Mill Road
Alexandria, VA 22314

October 17, 2019

Honorable Liam O'Grady
U.S. District Judge
United States District Court Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: Eric Hartley

Honorable Liam O'Grady:

My name is Krista Sofonia and I am the Education Coordinator at the William G. Truesdale Adult Detention Center (WGTADC). Mr. Eric Hartley has been facilitating as a tutor in the GED program since August 31, 2019. GED classes are offered to those housed in the Program Unit at the WGTADC. The classes are designed to help prepare those who have yet to earn a high school diploma or GED. The classes cover the four content areas of the GED exam: Reasoning through Language Arts, Math, Science, and Social Studies. Those who are selected as tutors are required to attend their assigned classroom time as well as aid those who need help outside of classroom time.

As a tutor, Mr. Hartley provides assistance to the students in the program regarding their GED studies. He is responsible for leading small groups through the assigned class work, as well as any individual tutoring that is needed outside of scheduled classes. He is required to complete a minimum of 10 hours per week, not including the time spent in scheduled classes.

Mr. Hartley and I meet once a week to discuss the work he does with the students and any potential issues or concerns that he may have. During this time, he provides me with a list of which students he has worked with and what assignments they have completed.

Please feel free to contact me if you have further questions.

Sincerely,

Krista M Sofonia
Education Coordinator
Phone: 703-746-5107
Email: krista.sofonia@alexandriava.gov



I am a digital forensics examiner with nineteen years of experience in computer forensics; I have over thirty years of experience in information technology including twenty years of experience in consulting and supporting QuickBooks, Peachtree Accounting and Solomon Accounting. I have written commercial software applications in multiple software "languages" including Visual Basic, Visual Basic for Applications, VB.Net, MS Access, Kman/2, Revelation, dbase 3, Clipper, Magic, and PC Focus. I have also written custom database interfaces to QuickBooks and Peachtree accounting.

I hold a total of ten certifications: Digital Forensics Certified Practitioner, EnCase Certified Examiner, Access Data Certified Examiner, Cellebrite Certified Operator, Cellebrite Certified Physical Analyst, Blackthorn 2 Certified Examiner, Certified Telecommunications Network Specialist, Certified Wireless Analyst and Certified Telecommunications Analyst.

I have qualified and testified as an expert over 65 times in state and federal courts. *See Lawrence Daniel Curriculum Vitae.*

I am the co-author of the book, "Digital Forensics for Legal Professionals", Syngress

2011 and the sole author of the book, "Cell Phone Location Evidence for Legal Professionals",

Academic Press, 2017.

I am Vice President of the Digital Forensics Certification Board and I am a member if the

International Association of Financial Crime Investigators.

I reviewed the following documents in this case:

*Eric Hartley Extraction Report containing internet search history.*

*The Affidavit of Special Agent Raymond Abruzzese contained the following:*

**68.     Internet Website history and searches associated with child pornography were captured on this device for websites visited or topics searched for in the Safari browser. On December 8, 2018, the search terms/websites captured in Safari are listed as: Fastpic ru lix – hotvpicks.com, vk Boy nude & Young nude boys, vk boy Nude boy jura nude, Naked boy on a beach, Nude nudist boys boy – Yahoo image search and Nudist camp girls – vpicz.com.**

While it is a fact that searches were conducted on the phone in December 8 2018, none of the

searches are specifically pointed at obtaining child pornography.  None of the searches would

have resulted in illegal images being displayed as these are all public facing web pages returned

during a Yahoo.com image search.  What would have been displayed from these searches is a

combination of images including nudist camp pictures of teens and adults, all of legal age.  These

would also return images of adults, nude or engaging in sexual relations.

It is important to note that the Affidavit of SA Abruzzese does not mention the presence of any

programs that could be used for the trading or receiving contraband images resident on Mr.

Hartley's phone. These do not appear to be evidence that Mr. Hartley accessed, reviewed, traded or otherwise attempted to access child pornography between 2016 and 2018.

.

I reserve the right to amend or supplement this report as new information or evidence is provided for me to examine.

Larry E. Daniel

Senior Principal Consultant – Digital Forensics



# Larry Daniel, EnCe, DFCP, BCE, ACE, AME, CTNS, CTA, CWA

*Practice Leader: Digital Forensics*

## PROFILE

Larry E. Daniel has over 30 years of experience in software development, data recovery, computer and server diagnosis and repair, and network administration. Larry began performing digital forensics in 2001 and has thousands of hours of experience in this area.

Larry received his initial training in call detail record and cellular analysis in October of 2010. Since that time Larry has received 140 additional hours of training in cellular networks and wireless technology from the Teracom Training Institute. Larry has received three certifications as a result of that training: Certified Telecommunications Network Specialist (CTNS), Certified Telecommunications Analyst (CTA) and Certified Wireless Analysis (CWA).

Larry also holds numerous other certifications in computer, cell phone and GPS forensics including the Encase Certified Examiner (EnCE), Access Data Certified Examiner (ACE), Digital Forensics Certified Practitioner (DFCP), Blackthorn Certified Examiner (BCE), Access Data Mobile Examiner (AME), Cellebrite Certified Operator (CCO) and Cellebrite Certified Physical Analyst (CCPA).

**OFFICE**
2700 Gateway Centre Boulevard
Suite 100
Morrisville, NC 27560

**CONTACT**
Office:  +1 844 796 7560
Cell:    +1 919 656 2791
Fax:     +1 888 665 7252
Larry.Daniel@envistaforensics.com

**CORPORATE OFFICE**
5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

**WEBSITE**
www.envistaforensics.com

Larry has provided computer and cellular phone and cellular tower technology in hundreds of criminal and civil cases. Additionally, Larry has qualified and testified as a computer forensic expert, a cellular phone forensics expert, a GPS forensics expert and a cellular technology expert over 65 times in state and federal courts.

Larry has provided continuing legal education training over 150 times since 2006 for attorneys, prosecutors, judges, and law enforcement, as well as presenting at such conferences as SANS What Works in Forensics, the Department of Defense Cyber Crime Conference and the Computer Enterprise and Investigations Conference.

Larry is co-author of the book, "Digital Forensics for Legal Professionals," 2011, Syngress. Larry is the sole author of the book, "Cell Phone Location Evidence for Legal Professionals," 2017, Academic Press.

Larry has written commercial software applications multiple computer languages including Visual Basic, Dbase III, Clipper, PC Focus, and Visual Basic for Applications, Microsoft Access, and ASP.Net. Larry served as the primary software developer as a consultant to the NC Institute for Transportation Research and Education for 5 years.

Larry has garnered extensive experience since 1981 in operating systems from Microsoft, Apple and Linux Distributions. Larry has provided support for LANS, WANS, WLANS, VPN, Firewalls, Routers, various vertical software applications, network scanning, document management systems, network faxing systems, web hosting, and network security among others.

## BOOKS PUBLISHED

Digital Forensics for Legal Professionals: Understanding Digital Evidence from the Warrant to the Courtroom, 2011, Syngress Publishing ISBN-10: 159749643X

Cell Phone Location Evidence for Legal Professionals: Understanding Cell Phone Location Evidence from the Warrant to the Courtroom, 2017, Academic Press ISBN: 978-0-12-809397-9


## ARTICLES PUBLISHED
### *NC Jury View Magazine*

| | |
|---|---|
| June 25, 2008 | Digital Forensics – The New Frontier |
| September 12, 2008 | What Is Digital Forensics? |
| December15, 2008 | Cellular Phone Forensics |

### *Digital Forensic Investigator News*

| | |
|---|---|
| October 19, 2009 | Plain View Doctrine in Digital Evidence Cases — A Common Sense Approach |
| May 21, 2010 | Multiplayer Game Forensics |

### LICENSES (Private Investigator)

- ► South Carlolina
- ► Georgia

### SECURITY CLEARANCE:

**Top Secret/SCI**

## CERTIFICATIONS

**Digital Forensics Certified Practitioner (DFCP) – Digital Forensics Certification Board University of Central Florida, Center for Forensic Science**

**Encase Certified Examiner (EnCE) from Guidance Software.**

**Access Data Certified Examiner (ACE) from Access Data.**

**Blackthorn Certified Examiner, (BCE) from BerlaCorp. (GPS Forensics)**

**Certified Telecommunications Network Specialist (CTNS)**

**Access Data Mobile Examiner (AME)**

**Certified Telecommunications Analyst (CTA)**

**Certified Wireless Analysis (CWA)**

**Cellebrite Certified Operator (CCO)**

**Cellebrite Certified Physical Analyst (CCPA)**

## TRAINING ATTENDED

| | |
|---|---|
| **May, 2006** | **Computer and Enterprise Investigation Conference**<br>Las Vegas, NV        13.5 Credits |
| **January, 2007** | **Encase Computer Forensics II**<br>Reston, Virginia        32 Hours |



| | | |
|---|---|---|
| **June, 2008** | **Basic Mobile Phone Forensics** | |
| | Simpsonville, SC | 16 Hours |
| **August, 2008** | **CCE Boot Camp** | |
| | Burlington, VT | 40 Hours |
| **July, 2009** | **SANS What Works Summit in Forensics and Incident Response** | |
| | Washington, DC | 12 Hours |
| **November, 2009** | **Network Packet Forensic Analysis** | |
| | Park City, Utah | 16 Hours |
| **January, 2010** | **2010 DOD Cyber Crime Conference** | |
| | St. Louis MO | 12 Hours |
| **May, 2010** | **Computer Enterprise and Investigations Conference** | |
| | Las Vegas, NV | 13 Hours |
| **October, 2010** | **Forensic Telecommunications and Cellular Evidence Analysis** | |
| | Raleigh, NC | 16 Hours |
| **April 5, 2011** | **GPS Forensics Certification Training** | |
| | Mike Mays, BerlaCorp | |
| | Reston, VA | 32 Hours |
| **January, 2012 – February, 2013** | **Telecommunications Network Training** | |
| | Teracom Training Institute | |
| | On-Line | 60 Hours |
| **May, 2013** | **Computer Enterprise Investigations Conference (CEIC)** | |
| | Orlando, FL | 16 Hours |
| **May, 2013 – September, 2016** | **Telecommunications Network Training** | |
| | Teracom Training Institute | |
| | On-Line | 64 Hours |
| **May, 2016** | **Enfuse Conference** | **13 Hours** |

Behind the Keyboard

Digital Evidence Preservation

Solve the Case Part 1

Solve the Case Part 2

APT Attacks Exposed

Forensic Analysis of a Compromised Workstation

MAC OSX 0 Delving a Little Deeper

Internet of Things Forensics

Implementing Digital Forensics Readiness


Verizon DBIR Report

| | | |
|---|---|---|
| **June, 2017** | **Techno Forensics Conference** | **8 Hours** |
| **April 2018** | **Cellebrite Certified Operator** | **14 Hours** |
| **May 2018** | **Cellebrite Certified Physical Analyst** | **21 Hours** |

## SPEAKING ENGAGEMENTS

**2006**
May                 NC/SC Public Defenders Conference
Computer Forensics for Attorneys, Sunset Beach, NC

June               NC/SC Public Defenders Investigators Conference
Computer Forensics Introduction, Sunset Beach, NC

October         University of NC at Pembroke-Forensics Department, Lumberton, NC
Computer Forensics Introduction

**2008**
March             Continuing Legal Education Class
Computer Forensics for Attorneys, Raleigh, NC

September    NCAPI- NC Association of Private Investigators Conference, Hickory, NC
An Overview of Computer Forensics

November     Continuing Legal Education Class
Computer Forensics for Public Defenders, Durham NC

**2009**
April                National Association of Criminal Defense Lawyers
Making Sense of Science Conference, Las Vegas, NV
Computer Forensics

April                Wake-Raleigh Paralegal Association –CLE Luncheon, Raleigh, NC
Computer Forensics for Attorneys

April                Computer Forensics Show
Challenging Digital Forensics Examinations, Washington, DC

June               Alabama Criminal Defense Lawyers Association Conference
Computer Forensics for Attorneys, Pensacola Beach, FL

July                SANS What Works Summit in Forensics & Incident Response
Panel –Forensic Challenges in the Courtroom, Washington, DC

October         American College of Forensic Examiners National Conference
Digital Forensics in Capital Murder Cases: a Defense Perspective, Las Vegas, NV

November     Durham Bar Association
CLE Luncheon-Computer Forensics for Attorneys, Durham, NC


| December | California Association of Criminal Justice Lawyers<br>Computer Forensics for Attorneys, San Diego, CA |

**2010**

| January | DOD Cyber Crime Conference<br>Challenging the Law Enforcement Examiner, St. Louis MO |
| May | Computer Enterprise and Investigations Conference<br>Expert Witness Panel, Las Vegas, NV |
| October | Washington County Bar Association, Jonesboro, TN<br>Digital Forensics for Attorneys |
| October | Mecklenburg Bar Association- Charlotte, NC<br>Digital Forensics for Attorneys |
| October | Virginia Association of Criminal Defense Lawyers - Portsmouth, VA<br>Computer Forensics in Child Porn Cases |
| November | DuPage County Bar Association, Wheaton, Ill<br>Digital Forensics for Attorneys<br>Cellular Phone Forensics for Attorneys<br>Understanding Data Destruction and Recovery<br>Cellular Tower Technology |
| November | Spokane Bar Association, Spokane, WA<br>Digital Forensics for Attorneys<br>Cellular Phone Forensics for Attorneys<br>Understanding Data Destruction and Recovery<br>Cellular Tower Technology |
| December | Lafayette Bar Association, Lafayette, LA<br>Digital Forensics for Attorneys<br>Cellular Phone Forensics for Attorneys<br>Understanding Data Destruction and Recovery<br>Cellular Tower Technology |

**2011**

| January | Sevier County Bar Association, Sevierville, TN<br>Digital Forensics for Attorneys |
| March | Washoe County Bar Association- Reno, NV<br>Digital Forensics for Attorneys<br>Cellular Phone Forensics for Attorneys<br>Understanding Data Destruction and Recovery<br>Cellular Tower Technology |
| April | Virginia Trial Lawyers Assoc. - Advanced Criminal Law Retreat – Charlottesville, VA<br>Digital Forensics for Attorneys<br>Cellular Tower Technology |
| May | Computer Enterprise Investigations Conference, Orlando, FL<br>Massively Multiplayer Game Forensics |


| | |
|---|---|
| July | Alamance County Bar Association- Burlington, NC<br>Modern Surveillance Techniques<br>Cellular Phone Forensics for Attorneys |
| December | Robinson, Hinson and Bradshaw CLE- Charlotte, NC<br>Digital Forensics for Attorneys |

***2012***

| | |
|---|---|
| January | New Hanover Public Defenders CLE- Wilmington, NC<br>Digital Forensics for Attorneys<br>Cellular Phone Forensics for Attorneys<br>Digital Forensics in Child Pornography Cases |
| February | Winchester County Public Defenders CLE- Winchester, VA<br>Digital Forensics for Attorneys |
| March | District Court Judges CLE- Monroe, NC<br>Digital Forensics for Attorneys |
| March | Virginia Public Defenders CLE- Winchester, VA<br>Cellular Phone and Cellular Technology Forensics for Attorneys<br>Digital Forensics in Child Pornography Cases |
| May | Gloucester County Bar Association – New Jersey<br>Digital Forensics for Attorneys 1 and 2<br>Cell Phone Forensics<br>Cell Tower Technology Forensics<br>Digital Forensics in Murder Cases<br>Digital Forensics in Child Pornography Cases |
| May | Missouri Public Defenders Conference - Branson, MO<br>Cell Phone and Cell Tower Technology Forensics |
| June | 74th Virginia Bar Association Conference– Virginia Beach<br>Cell Tower and Geo-location Forensics |
| July | Martinsville County Public Defenders CLE- Collinsville, VA<br>Digital Forensics for Attorneys Part 2<br>Digital Forensics in Murder Cases<br>Digital Forensics in Child Pornography Cases |
| July | Illinois State Bar Association- Panel Recording- Chicago, IL<br>Admitting Facebook Pages into Evidence |
| September | Criminal Defense Bar Association- Durham, NC<br>Digital Forensics for Attorneys- One Hour Overview |
| September | Washington DC Public Defenders Conference<br>Digital Forensics for Attorneys – Single Session |


| | |
|---|---|
| October | NC Association of Police Attorneys- Wrightsville Beach, NC<br>Digital Forensics for Attorneys Part 1<br>Digital Forensics for Attorneys Part 2 |
| November | Wisconsin State Public Defenders Annual Conference<br>Digital Forensics for Attorneys Part 1<br>Digital Forensics for Attorneys Part 2 |
| November | Florida Public Defenders Semi-Annual Meeting<br>Cell Tower and GPS Forensics for Attorneys |

**2013**

| | |
|---|---|
| January | Idaho Law Foundation Annual Flagship CLE – Boise, ID<br>Cellular Phone Forensics for Attorneys<br>Digital Forensics in Child Pornography Cases<br>Digital Forensics in Murder Cases |
| January | Prisoner Legal Services CLE – Raleigh, NC<br>Digital Forensics for Attorneys Part 1<br>Digital Forensics for Attorneys Part 2 |
| February | Envision Discovery CLE – Brooks Pierce – Raleigh, NC<br>Legal Ethics in E-Discovery |
| March | Women in E-Discovery CLE – Charlotte, NC<br>Legal Ethics in E-Discovery |
| April | Virginia Trial Lawyers Association (VTLA) & Virginia Association of Criminal Defense Lawyers (VACDL)-Advanced Criminal Law Retreat - Charlottesville, VA<br>Discovering Evidence and Witnesses on the Internet |
| May | Oklahoma Bar Association CLE – Oklahoma City, OK<br>Digital Forensics for Attorneys Part 1<br>Digital Forensics for Attorneys Part 2<br>Cell Phone Forensics<br>Audio, Photo & Video Forensics<br>Digital Forensics in Child Pornography Cases<br>Digital Forensics in Murder Cases |
| May | CPCS Annual Training Conference – Boston, MA<br>Digital Forensics for Attorneys<br>Cell Tower and GPS Forensics for Attorneys |
| May | Computer Enterprise Investigations Conference (CEIC) – Orlando, FL<br>Writing Expert Reports and Defending Them in Court |
| June | Rhode Island Bar Association Annual Meeting – Providence, RI<br>Overview of Digital Forensics for Legal Professionals (1.25Hr) |
| July | The University of Mississippi Center for CLE – Criminal Law Update – Biloxi, MS<br>Digital Forensics for Attorneys – Single Session<br>Cell Phone Forensics<br>Audio, Photo & Video Forensics<br>Digital Forensics in Child Pornography Cases |


Digital Forensics in Murder Cases
Legal Ethics in E-Discovery

**September**  Colorado State Public Defender Annual Fall Conference – Westminster, CO
Digital Forensics for Attorneys Parts 1 & 2
Cell Phone Forensics for Legal Professionals
Digital Forensics in Child Pornography Cases
Digital Forensics in Murder Case

**September**  Florida Public Defenders Life Over Death Seminar – Bonita Springs, FL
Cell Tower and GPS Forensics for Attorneys

**October**  Montana Public Defenders Annual Training Conference – Missoula, MT
Legal Ethics in E-Discovery
Cell Phone Forensics and Cell Tower Technology Forensics

**November**  Virginia Capital Defense Workshop – Richmond, VA
Cell Phone Forensics and Cell Tower Technology Forensics

**2014**
**February**  Travelers Insurance Training – Morristown, NJ (Not for CLE Credit)
Overview of Cell Phone Forensics, Cell Carrier Data, Navigation Systems & GPS Devices

**May**  Ohio State Bar Death Penalty Defense Seminar – Columbus, OH
Digital Forensics in Murder Cases

**June**  Arkansas Association of Criminal Defense Lawyers Annual Meeting – Little Rock, AR
Cell Phone Forensics
Digital Forensics in Child Pornography Cases

**June**  Women in E-Discovery CLE – Raleigh, NC
Legal Ethics in E-Discovery

**July**  Cook County Bar Association Forensic Boot Camp – Chicago, IL
Overview of Digital Forensics for Legal Professionals
Cellular Analysis and GPS Tracking for Attorneys
Digital Forensics in Murder Cases

**July**  National Association for Public Defense – Webinar
Digital Forensics for Attorneys – Single Session

**August**  Montana Public Defenders Office Investigator Conference – Livingston, MT
Cell Phone Forensics
Cellular Analysis and GPS Tracking for Attorneys

**October**  National Business Association Teleconference CLE
Digital Forensics for Attorneys Part 1
Digital Forensics for Attorneys Part 2

**November**  US Marine Corps Webinar Presentation (Not for CLE Credit)
Digital Forensics in Child Pornography Cases


| | |
|---|---|
| December | FL Public Defenders Trial with Style Winter Conference – Ponte Vedra Beach, FL<br>Overview of Digital Forensics for Legal Professionals (1.5Hr) |
| December | New York State Defenders Association CLE – New York, NY<br>Cellular Analysis and GPS Tracking for Attorneys |

**2015**

| | |
|---|---|
| January | Virginia Indigent Defense Commission Investigator's Conference – Richmond, VA<br>Cellular Analysis and GPS Tracking for Attorneys |
| January | MyLawCLE Webcast CLE – Webcast from Orlando, FL<br>Overview of Digital Forensics for Legal Professionals (1Hr)<br>Cellular Analysis and GPS Tracking for Attorneys |
| January | Brooks Pierce CLE – Raleigh, NC (Webcast to Wilmington, NC and Greensboro, NC)<br>Social Media Ethics and Issues |
| March | Duke Law School Panel –Whiskey in the Courtroom: Evolving Trends in Forensic Science<br>Using Cell Tower Evidence to Determine Suspect Location: Phone Records and StingRay<br>Devices (Co-Presented with Lars Daniel and Attorney Nathan Wessler) – Durham, NC |
| April | New York State Bar Association Civil & Criminal Litigation Sections CLE – Albany, NY<br>Cell Phone Forensics<br>Cellular Analysis and GPS Forensics for Attorneys |
| May | Tennessee Bar Association Webinar CLE – Nashville, TN<br>Cellular Analysis and GPS Tracking for Attorneys |
| May | Ohio State Bar Association Death Penalty Defense Seminar – Columbus, OH<br>Cellular Analysis and GPS Forensics for Attorneys<br>Digital Forensics in Murder Cases |
| May | NC Attorneys for Science & Technology CLE Boot Camp – Digital Forensics: The New DNA<br>(Co-Presented with Lars Daniel) – Raleigh, NC<br>Cellular Analysis and GPS Tracking for Attorneys |
| December | Ohio State Bar Association – Columbus, OH<br>Cellular Analysis and GPS Forensics for Attorneys<br>Digital Forensics in Child Pornography Cases<br>Cell Phone Forensics<br>Digital Forensics for Legal Professionals Part 1 and 2. |

**2016**

| | |
|---|---|
| May | NC Defense Trial Lawyers Association – Winston-Salem, NC<br>Overview of Digital Forensics for Attorneys<br>Cell Phone Forensics<br>Cell Phone Location Evidence for Attorneys |
| May | Enfuse Conference – Las Vegas, NV<br>Writing Expert Reports and Providing Expert Testimony |
| June | CBI Cyber Claims Seminar – Singapore<br>Evolving Cyber Threats |


| | |
|---|---|
| June | Federal Defenders Capital Habeas Unit Annual Conference - Chicago, IL<br>Cell Phone Location Evidence for Legal Professionals |
| July | Federal Defenders of Wisconsin – Eastern District CLE Seminar – Milwaukee, WI<br>Cell Phone Location Evidence for Legal Professionals |
| August | CJA Attorneys / Federal Defender Training Division Seminar – New Orleans, LA<br>Cell Phone Location Evidence for Legal Professionals |
| August | Ohio State Bar Association – Columbus, OH<br>Digital Forensics for Legal Professionals – Part 1<br>Digital Forensics for Legal Professionals – Part 2<br>Cell Phone Location Evidence for Legal Professionals<br>Cell Phone Forensics for Legal Professionals<br>Digital Forensics in Murder Cases<br>Digital Forensics in Child Pornography Cases |
| September | CURIE Seminar – Calgary, CA<br>Evolving Cyber Risks |
| September | Tennessee Bar Association Webinar Series – Nashville, TN<br>Digital Forensics in Murder Cases |
| October | Virginia Claims Conference<br>Overview of Digital Forensics in Insurance Claims |
| October | NACDL Suppress it! Annual Conference<br>Cell Phone Location Evidence for Legal Professionals |
| November | Missouri Bar Association<br>Cell Phone Location Evidence for Legal Professionals |
| November | Tennessee Bar Association – Recorded live webinar<br>Cell Phone Location Evidence for Legal Professionals |

**2017**

| | |
|---|---|
| February | Trucking Industry Defense Association Advanced Seminar<br>Digital Forensics in Trucking Cases Module<br>(Cell phones, call detail records, GPS) |
| February | Envista Forensics Webinar<br>Vehicle Accident Reconstruction and Distracted Driving Digital Forensics |
| March | Texas Criminal Defense Lawyers Association<br>Cell Phone Location Evidence for Legal Professionals |
| April | Maryland Public Defenders Conference<br>Cell Phone Location Evidence for Legal Professionals |
| April | Federal Defender Seminar – North Carolina<br>Cell Phone Location Evidence for Legal Professionals |


| | |
|---|---|
| May | Webinar – ClearLaw Institute<br>Cell Phone Location Evidence for Legal Professionals |
| May | Criminal Seminar – Oneida, NY<br>Cell Phone Location Evidence for Legal Professionals |
| May | Webinar – Guardian Digital Forensics Platform<br>Cell Phone Location Evidence for Legal Professionals |
| May | New Jersey Public Defenders<br>Cell Phone Location Evidence for Legal Professionals |
| May | 2017 Spring Public Defender Attorney & Investigator Conference<br>Cell Phone Location Evidence for Legal Professionals |
| June | Webinar – ClearLaw Institute<br>GPS Forensics for Legal Professionals |
| June | Techno Security Conference<br>Spoofed! Recognizing and Revealing Faked Communications |
| June | 2017 West Virginia Indigent Defense Conference<br>Cell Phone Location Evidence for Legal Professionals |
| June | Webinar – Guardian Digital Forensics Platform<br>GPS Forensics for Legal Professionals |
| July | Georgia Public Defenders Conference<br>Cell Phone Location Evidence for Legal Professionals |
| August | Webinar – ClearLaw Institute<br>Cell Phone Location Evidence for Legal Professionals |
| August | Administrative Office of the U.S. Courts Office of Defender Services Training Division: Multi-Track Federal Criminal Defense Seminar – New Orleans, LA<br>Cell Phone Location Evidence for Legal Professionals |
| September | Arkansas Annual Trucking Seminar – Rogers, AR<br>That's How They Get You: Understanding Cellular and GPS Tracking Evidence<br>Co-Presenters: Lynn Castagna, Castagna Scott<br>                     Cassandra Gaines, Schneider National Carriers<br>                     Lars Daniels, Guardian Digital Forensic |
| October | Webinar – The Missouri Bar<br>Location Evidence from Call Detail Records, Cell Phones and GPS Units |
| October | Webinar - Envista Forensics Platform<br>Digital Forensics in Murder Cases |
| October | Florida Public Defender Life Over Death Seminar – Bonita Springs, FL<br>Cell Phone Forensics<br>Digital Evidence in Murder Cases |


| | |
|---|---|
| October | Webinar - Guardian Digital Forensics Platform<br>Digital Forensics in White Collar Crime Cases |
| October | Webinar – National Association for Public Defense<br>Cell Phone Location and Tracking Evidence |
| November | Virginia Indigent Defense Commission 2017 Investigator Conference<br>Cellular Location and Tracking Forensics<br>Overview of Computer Forensics |
| November | Federal Criminal Practice Seminar – Wrightsville Beach, NC<br>Cell Phone Location Evidence |
| November | Digital Evidence Series: Part I<br>Cosponsored by the UNC-Chapel Hill School of Government &<br>Office of Indigent Defense Services<br>Cell Phone Location Evidence for Legal Professionals |
| November | Insurance Institute of BC - Vancouver<br>Digital Forensics for Claims Professionals |
| November | Criminal Defense Attorneys of Michigan<br>Advanced Criminal Defense Practice Conference<br>Keynote Speaker with Lars Daniel<br>Cell Phones: Forensics, Location, and Tracking |
| November | Webinar – Guardian Digital Forensics Platform<br>Digital Forensics in Trucking Cases |

**2018**

| | |
|---|---|
| January | Georgia Capital Defender Two-Day Training – Savannah, GA<br>Tech Works Both Ways |
| February | Virginia State Bar Criminal Law Seminar – Charlottesville, VA<br>The Eye of Sauron is Upon You – Cell Phone Location Evidence |
| February | Virginia State Bar Criminal Law Seminar – Williamsburg, VA<br>The Eye of Sauron is Upon You – Cell Phone Location Evidence |
| February | NACDL Philadelphia<br>Cell Phone Location Evidence for Legal Professionals<br>Digital Forensics for Legal Professionals |
| February | Law Office of the Cook County Public Defender – Homicide Task Force Presentation |
| March | AttorneyCredits.com Webinar – Envista Morrisville, NC<br>Cell Phone Location Evidence for Legal Professionals |
| April | Webinar – Envista Forensics Platform<br>Trucking Accident Claim Investigations |
| April | Webinar – Envista Forensics Platform |


Claims Investigations in the Age of the Internet of Things

| | |
|---|---|
| May | Amy K Harris Criminal Law Section<br>Cell Phone Location Evidence for Legal Professionals<br>Cell Phone Forensics |
| May | National Seminar for Federal Public Defenders<br>Cell Phone Location Evidence for Legal Professionals |
| June | LOPD Public Defenders New Mexico<br>Cell Phone Location Evidence for Legal Professionals |
| June | KY KYIASIU Seminar<br>Cell Phone Location Evidence for Legal Professionals |
| June | Iowa Public Defenders<br>Cell Phone Location Evidence for Legal Professionals |
| June | Michigan Public Defenders<br>Cell Phone Location Evidence for Legal Professionals |
| June | Federal Public Defenders Florida<br>Cell Phone Location Evidence for Legal Professionals<br>Cell Phone Forensics |

## FORENSIC TRAINING PROVIDED

| | |
|---|---|
| April 25, 2009 | Introduction to Computer Forensics- Raleigh, NC 32 Hours |
| May 15, 2009 | Intermediate Computer Forensics I- Raleigh, NC 32 Hours |
| June 5, 2009 | Intermediate Computer Forensics II- Raleigh, NC 32 Hours |
| May 25, 2009 | Cellular Phone Forensics- Raleigh, NC 32 Hours |

Larry has also provided training in MS Office Applications, QuickBooks, Peachtree Accounting, Crystal Reports, Basic Programming, Microsoft Access, Database Design and Development, Computer Repair and Troubleshooting, Energy Management Systems Controls and Engineering, and Energy Management System Graphical Control Software by National EnCo and Novar Corporation.

Lawrence (Larry) E. Daniel
EnCE, DFCP, BCE, ACE, CTNS, CTA, AME, CWA
Guardian Digital Forensics
5510 Six Forks Road, Suite 150
Raleigh, NC 27609

## Court Testimony

*Computer Forensics Expert / Digital Forensics Expert*

| | | |
|---|---|---|
| 2005 | North Carolina v. Jerry Lynn Stuart | Capital Murder |
| 2007 | North Carolina v. James Richard Cherney | Sexual Exploitation of a Minor |
| 2008 | Cynthia ------ v. Halid ----- | Divorce |
| 2010 | Alabama v. Randy Brackin | Child Pornography |
| 2010 | Advanced Internet Technologies, Inc v. Farley | Fee Dispute |
| 2011 | Camp Flintlock v. Access Enterprises | Discovery Dispute |
| 2011 | North Carolina v. Antwain Pittman | First Degree Murder |
| 2011 | North Carolina v. Michael Mead | Capital Murder |
| 2012 | Eskridge v. Entegrion | Motion to disqualify Counsel |
| 2012 | USA v. Anes Subasic (Middle District-NC) | Conspiracy – Terrorism |
| 2012 | North Carolina v. Johnny Jenkins | Motion to Suppress – Child Pornography |
| 2012 | Senn v. Barlow | Child Custody |
| 2013 | USA v. Mark Myrie (Middle District, FL) | Witness Misconduct |
| 2013 | KS v. Maurice Orlando Stewart | Murder |
| 2015 | NC v. Clayton Jones | Child Pornography |
| 2015 | VA v. Michael Kovach | Evidence Hearing – Child Pornography |
| 2015 | VA v. Michael Kovach | Trial – Child Pornography |
| 2016 | US v. Kai Gordon | Robbery |
| 2017 | VA v. Joaquin Rams (Prince William Co., VA) | Capital Murder |
| 2018 | GA vs. Clinton Davis | Daubert Hearing |
| 2018 | US v. David Goodyear | Damage to Computer System |
| 2018 | NC v. Jonathon Andrew Blalock | Hearing |
| 2018 | GA v. Clinton Davis | Murder |
| 2018 | US v. Oleksandr Kharchenko | Sentencing Hearing - Money Laundering |

*Cellular Phone Forensics Expert*

| | | |
|---|---|---|
| 2010 | North Carolina v. Eduardo Wong | Capital Murder |
| 2011 | North Carolina v. Michael Mead | Capital Murder |
| 2016 | US v. Kai Gordon | Robbery |
| 2018 | NC vs. Michael Blalock | Murder |

*Cellular Technology Expert / Cellular Analysis Expert*

| | | |
|---|---|---|
| 2011 | North Carolina v. Tony W. Dickerson | Robbery |
| 2011 | North Carolina v. Michael Mead | Capital Murder |
| 2011 | North Carolina v. Abel Harris | Murder |
| 2012 | Missouri v. Zachariah Peterson | Murder |
| 2013 | USA v. James Blanco (Eastern District, VA) | Violation Hearing |
| 2013 | USA v. Alton Garbla  (District of Columbia) | Murder |
| 2013 | Delaware v. William Sells | Robbery |
| 2013 | USA v. Jose Bran (Eastern District, VA) | Murder |
| 2013 | Maryland v. James Blanco | Burglary |
| 2013 | Georgia v. Andrea Sneiderman | Multiple Charges |
| 2013 | USA v. Ricky Watkins (District of Columbia) | Murder |
| 2013 | USA v. Tavon Johnson (District of Columbia) | Multiple Carjacking & Armed Robberies |
| 2013 | USA v. Kenneth Blackman (Northern District of IL) | Felon in Possession of Firearm |
| 2014 | USA v. Wendy Moore (District of SC) Daubert Hearing | Solicitation of Murder for Hire |
| 2014 | Virginia v. Reginald Tolliver, et al (Motion in Limine) | Murder |
| 2014 | Florida v. Justo Arturo Moreno-Gonzalez | Murder |
| 2014 | Virginia v. Rashad Riddick    (Suppression Hearing) | Murder |
| 2014 | USA v. Demonta Chappell (Frye Hearing) | Murder |
| 2015 | USA v. Martye Madkins, III (8th District of Kansas) | Drug Conspiracy (Hearing) |
| 2015 | CA v. Abert Trejo | Suppression Hearing (Murder) |
| 2015 | NC v. Jerry Gibble | Murder |
| 2015 | TN v. Norman Clark | Murder |
| 2015 | MI v. Konrad Montgomery | Post-Conviction Evidentiary Hearing |
| 2015 | WI v Darmequaye Cohill | Murder |
| 2016 | Magnussen v. Magnussen, Alabama Domestic Court | Domestic Dispute |
| 2016 | USA v.  John Sidbury | Suppression Hearing |
| 2016 | CT, DeMond, Gregory et al. vs Service Plaza, et al | Wrongful Death |
| 2016 | MI v. Olajuwon Carter | Robbery |
| 2016 | US v. Kai Gordon | Robbery |
| 2016 | Tonya Ford vs. Commonwealth of Kentucky | Murder – Appeal |
| 2016 | MD v. Raminder Kaur | Murder |
| 2016 | TX v. Heriberto Saenz | Murder |
| 2017 | PA v. Paul Morrisoe | Vehicular Homicide |
| 2017 | Internicola v. Internicola (Fairfax Co. Circuit Court) | Domestic Dispute |
| 2017 | Susan Rattner v. Chubb Ins. (US Court, Alexandria, VA) | Insurance Dispute |
| 2017 | TN v. Eric Azotea | Admissibility Hearing |
| 2017 | US v. Lori Fitzgerald | Robbery |
| 2018 | IL v. Arcadio Davila | Murder |
| 2018 | NY vs. Joshua Taylor | Murder |

*GPS Technology Expert*

| | | | |
|---|---|---|---|
| 2013 | USA v. James Blanco (Eastern District, VA) | Violation Hearing | |
| 2013 | USA v. Tavon Johnson (District of Columbia) | Carjacking & Armed Robbery | |
| 2015 | USA v. Dawayne Brown (Federal District of Columbia) | Distribution | |

## **Sworn Depositions**

| | | | |
|---|---|---|---|
| 2011 | Adelman v. Boy Scouts of America | Wrongful Death | GPS Forensics |
| 2012 | Missouri v. Zachariah Peterson | Murder | Cellular Technology |
| 2013 | H. Kroeker v. C. Langley & American Proteins | Wrongful Death | Cellular Technology |
| 2015 | Mead v. Bloom | Post Acquittal Civil | Multiple Areas |
| 2015 | Florida v. Sean Bush | Murder | Cellular Technology |
| 2015 | DeMond, Gregory et al. vs Service Plaza, et al | Wrongful Death | Cellular Technology |
| 2016 | Florida v. Drew Blazure | Manslaughter | Cellular Technology |
| 2016 | Florida v. Ellius Hayes | Murder | GPS Forensics |
| 2017 | Internicola v. Internicola | Domestic Dispute | Cellular Technology |
| 2017 | Edwin Kingston vs. Sarah Foltz, et al | Vehicle Accident | Call Detail Records |
| 2017 | Austin Ryan v. Schneider National | Vehicle Accident | Call Detail Records |